UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BERNARD H. GLATZER,
_____

_____ Plaintiff,
*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

HON. JOHN A. BARONE, HON. LARRY S.

SCHACHNER, and HON. JONATHAN LIPPMAN,

_____ Defendants.

_____
*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

**U.S. DISTRICT COURT**
**FILED**
**APR 1 7 2009**
**S. D. OF N.Y.**

**PRO SE OFFICE**

09 Civ. 00650   (VM) (__)

**NOTICE OF APPEAL
IN A CIVIL CASE**

Notice is hereby given that  plaintiff Bernard H. Glatzer, pro se,
                                        *(party)*

hereby  appeals to the United States Court of Appeals for the Second Circuit from the Judgment

granting defendants' motion to dismiss the complaint
                            *(describe the judgment)*

_____

_____

entered in this action on the ____30th___ day of ___March_____, 20 09 ___.
                                  *(date)*              *(month)*          *(year)*

Signature
BERNARD H. GLATZER
2707 Creston Ave., #2F
_____
*Address*

Bronx, New York 10468
*City, State & Zip Code*

DATED: April 17 ____, 20 09

( 718  )  584 - 3998
*Telephone Number*

NOTE: To take an appeal, this form must be received by the *Pro Se* Office of the Southern District of New York within thirty
(30) days of the date on which the judgment was entered, or sixty (60) days if the United States or an officer or agency of the
United States is a party.

*Rev. 05/2007*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

___BERNARD H. GLATZER,_____

Plaintiff,

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

___HON. JOHN A. BARONE, HON. LARRY S._____

___SCHACHNER, and HON. JONATHAN LIPPMAN,_____

Defendants.

_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

09  Civ 0 0 6 5 0  ( VM ) ( __ )

**AFFIRMATION OF SERVICE**

I, __Bernard H. Glatzer_____, **declare under penalty of perjury** that I have
               *(name)*

served a copy of the attached __Notice of Appeal_____
                                   *(document you are serving)*

upon _Anthony J. Tomari, Ass't Att. Gen.__ whose address is __State of New__
       *(name of person served)*

York, Office of the Attorney General, 120 Broadway, New York, New
York 10271
                             *(where you served document)*

by _first class United States Postal Service mail, postage prepaid._
          *(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: _____Bronx_____,_N.Y._
          *(town/city)*      *(state)*

_____April____17_,20_09_
      *(month)*   *(day)*  *(year)*

_____
*Signature*

_2707 Creston Ave., #2F___
*Address*

_Bronx, New York_____
*City, State*

_10468_____
*Zip Code*

_(718) 584-3998_____
*Telephone Number*

*Rev. 05/2007*