UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # **17**

*Glatzer*

-v-

*Barone, et al*

U.S.C.A. # _____

U.S.D.C. # **09-cv-0650**

JUDGE: **VM**

DATE: MAY 01, 2009

*[Stamp: U.S. DISTRICT COURT FILED MAY 01 2009 S.D. OF N.Y.]*

# INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): THOMAS R. PISARCZYK
FIRM: U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
ADDRESS: 500 PEARL STREET, ROOM 370
NEW YORK, NEW YORK 10007
PHONE NO.: (212) 805 - 0636

DISTRICT COURT DOCKET ENTRIES ----

| DOCUMENT DESCRIPTION | DOC. # |
|---|---|
| CLERK'S CERTIFICATE | |
| SEE ATTACHED LIST OF NUMBERED DOCUMENTS | |
| ** ONLY CIRCLED DOCUMENTS ARE INCLUDED ** | |
| ** ALL OTHERS MISSING AT THIS TIME ** | |

( ✓ ) Original Record         (\_\_\_\_\_) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 1ST Day of May, 2009.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

*Glatzer*

-v-

*Berone, et al*

------------------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 09-cv-0650

JUDGE: VM

DATE: MAY 01, 2009

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered  1  Through _____, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
|---|---|
|  |  |
|  |  |
|  | **BALANCE OF FILE MISSING AT THIS TIME** |
|  |  |
|  |  |
|  |  |
|  |  |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 1ST Day of <u>May</u> In this year of our Lord, Two Thousand and Nine, and the Independence of the United States this 233RD year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED, PRO-SE

## U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:09-cv-00650-VM
## Internal Use Only

Glatzer v. Barone et al
Assigned to: Judge Victor Marrero
Cause: 42:1983 Civil Rights Act

Date Filed: 01/22/2009
Date Terminated: 03/30/2009
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 01/22/2009 | 1 | COMPLAINT against John A. Barone, Larry S. Schachner, Jonathan Lippman. (Filing Fee $ 350.00, Receipt Number 676055)Document filed by Bernard H. Glatzer.(ama) (Entered: 01/28/2009) |
| 01/22/2009 | | SUMMONS ISSUED as to John A. Barone, Larry S. Schachner, Jonathan Lippman. (ama) (Entered: 01/28/2009) |
| 01/22/2009 | | CASE REFERRED TO Judge Kimba M. Wood as possibly similar to 1:05-cv-10113. (ama) (Entered: 01/28/2009) |
| 01/23/2009 | 3 | SUMMONS RETURNED EXECUTED Summons and Complaint served. John A. Barone served on 1/23/2009, answer due 2/13/2009. Service was accepted by Atty Jonathan Jacobs. Document filed by Bernard H. Glatzer. (djc) (Entered: 02/20/2009) |
| 02/03/2009 | | CASE DECLINED AS NOT SIMILAR. Case referred as similar to 05-cv-10113 and declined by Judge Kimba M. Wood and returned to wheel for assignment. (rdz) (Entered: 02/06/2009) |
| 02/03/2009 | 2 | NOTICE OF CASE ASSIGNMENT to Judge Victor Marrero. (rdz) (Entered: 02/06/2009) |
| 02/03/2009 | | Magistrate Judge Theodore H. Katz is so designated. (rdz) (Entered: 02/06/2009) |
| 02/09/2009 | | Mailed notice ASSIGNMENT to the attorney(s) of record. (rdz) (Entered: 02/09/2009) |
| 02/18/2009 | 4 | SUMMONS RETURNED EXECUTED Summons and Complaint served. Jonathan Lippman served on 1/26/2009, answer due 2/17/2009. Service was accepted by personally upon Motions Clerk Ron Uzenski for immediate delivery to Deputy Clerk David Spokoni of the Appellate division First Dept. Document filed by Bernard H. Glatzer. (djc) (Entered: 02/20/2009) |
| 02/18/2009 | 5 | SUMMONS RETURNED EXECUTED Summons and Complaint served. Larry S. Schachner served on 1/28/2009, answer due 2/17/2009. Service was accepted by Chief CLerk Tracy Pardo of the Bronx County State Supreme Court. Document filed by Bernard H. Glatzer. (djc) (Entered: 02/20/2009) |
| 02/26/2009 | 6 | ENDORSED LETTER addressed to Judge Victor Marrero from Anthony Tomari dated 2/23/09 re: Request for a pre-motion conference in anticipation of a motion to vacate the Clerk's Certificate of Default. ENDORSEMENT: Request GRANTED. A status conference is scheduled for 3/13/09 at 1:45 pm to address the matter described above by defendants. ( Status Conference set for 3/13/2009 at 01:45 PM before Judge Victor Marrero.) (Signed by Judge Victor Marrero on 2/25/09) (cd) (Entered: 02/26/2009) |
| 03/09/2009 | 7 | ENDORSED LETTER addressed to Judge Victor Marrero from Bernard H. Glatzer dated 3/9/09 re: Plaintiff Bernard H. Glatzer ("Glatzer"), Pro Se, respectfullyrequests the court's permission to supplement his Feb. 25, 2009 letter,pursuant to his then incomplete copy of Your Honor's Individual Practices sent to him by the clerk's office. ENDORSEMENT: requests Granted. A status conference herein is scheduled for 3/20/2009 at 4:00 to address the matter described above by plaintiffs. The Court will hear argument on defendant's motion to dismiss. PM before Judge Victor Marrero.) (Signed by Judge Victor Marrero on 3/9/09) (pl) (Entered: 03/10/2009) |
| 03/12/2009 | 8 | AFFIDAVIT of Bernard H. Glatzer in Support of Application for Certificate of Default. Document filed by Bernard H. Glatzer. (djc) (Entered: 03/12/2009) |
| 03/16/2009 | 9 | ENDORSED LETTER addressed to Judge Victor Marrero from Bernard H. Glatzer dated 3/15/2009 re: Plaintiff respectfully requests that the rescheduled pre-motion conference also include: plaintiff's proposed motion for a preliminary injunction under Fed.R.Civ. Proc. 65 to effectively stay defendant Justices Barone's and Schachner's orders including any appeals thereof, as previously requested in the complaint's third prayer for relief. ENDORSEMENT: Plaintiff's request for issuance of judgment by default in this matter is DENIED. The remaining matters may be addressed at the conference with the Court now rescheduled for 3/20/09 at 4:00 p.m. So Ordered. (Signed by Judge Victor Marrero on 3/16/2009) (jfe) (Entered: 03/16/2009) |
| 03/20/2009 | | Minute Entry for proceedings held before Judge Victor Marrero: Status Conference held on 3/20/2009. Upon the defendant's motion, the Court dismissed the action. (mro) (Entered: 03/26/2009) |
| 03/30/2009 | 10 | ORDER: It is hereby ordered that the motion of defendants to dismiss the complaint of plaintiff Bernard Glatzer on the grounds set forth in their letter to the Court dated February 23, 2009 (Docket No.6) is GRANTED. The Clerk of Court is directed to withdraw any pending motions and to close this case. (Signed by Judge Victor Marrero on 3/30/2009) (jpo) (Entered: 03/30/2009) |
| 03/30/2009 | | Transmission to Judgments and Orders Clerk. Transmitted re: 10 Order, to the Judgments and Orders Clerk. (jpo) (Entered: 03/30/2009) |
| 03/30/2009 | 11 | CLERK'S JUDGMENT That for the reasons stated in the Court's Order dated March 30, 2009, defendants' motion to dismiss the complaint is granted; accordingly, the case is closed and any pending motions are withdrawn. (Signed by J. Michael McMahon, clerk on 3/30/09) (Attachments: # 1 notice of right to appeal)(ml) (Entered: 03/30/2009) |
| 04/07/2009 | | Mailed notice of Right to Appeal to Pro Se Litigant(s): Bernard H. Glatzer. (jab) (Entered: 04/07/2009) |
| 04/07/2009 | 12 | ENDORSED LETTER: addressed to Judge Victor Marrero from Bernard H. Glatzer dated 4/7/09. re: Plaintiff Bernard H. Glatzer (Glatzer), Pro Se. respectfully responds to defendants' attorney's ("Tomari) Feb. 23, 2009 letter to Your Honor, a copy of which Glatzer received today. The letter's paragraph 2 is erroneous in its description of the factual events which resulted in Glatzer's filing of the |

| | | |
|---|---|---|
| | | Clerk's Certificate of Default on Feb 20, 2009 with the Orders and Judgments Clerk, who issued the Clerk's Certificate of Default the same day. All other provisions as set forth in this order. ENDORSEMENT: The Clerk of the Court is directed to file this letter in the public record of this action. So Ordered. (Signed by Judge Victor Marrero on 4/7/09) (js) Modified on 4/20/2009 (ae). (Entered: 04/07/2009) |
| 04/07/2009 | 14 | ENDORSED LETTER addressed to Judge Victor Marrero from Anthony J. Tomari dated 3/13/09 re: Counsel for defendants the Honorable John A. Barone; Larry S. Schachner; and Jonathan Lippman submit this supplemental pre-motion letter in response to plaintiff's letter of 3/9/09. ENDORSEMENT: The Clerk of Court is directed to file this letter in the public record of this action. (Signed by Judge Victor Marrero on 4/7/09) (tro) (Entered: 04/22/2009) |
| 04/13/2009 | 13 | ENDORSED LETTER addressed to Judge Victor Marrero from Bernard Glatzer dated 3/26/09 re: The Court's refusal to allow an appropriate briefing schedule on the foregoing interrelated motions. ENDORSEMENT: The Court stated at the 3/20/09 conference that it would not consider defendants' 3/13/09 letter in view of plaintiff's denial of its receipt. In its memo-endorsed Order dated 3/15/09 the Court specifically denied plaintiff's request for entry of a default judgment, which presumes that the certificate of default was vacated. The Court indicated that all other matters would be heard at the 3/20/09 proceeding. (Signed by Judge Victor Marrero on 4/10/09) (cd) (Entered: 04/13/2009) |
| 04/17/2009 | 15 | NOTICE OF APPEAL from 11 Clerk's Judgment, 10 Order. Document filed by Bernard H. Glatzer. Copies mailed to attorney(s) of record: Attorney General, NYS. (tp) (Entered: 05/01/2009) |
| 04/17/2009 | | Appeal Remark as to 15 Notice of Appeal filed by Bernard H. Glatzer. $455.00 APPEAL FEE DUE. (tp) (Entered: 05/01/2009) |
| 05/01/2009 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 15 Notice of Appeal. (tp) (Entered: 05/01/2009) |
| 05/01/2009 | | Transmission of Notice of Appeal to the District Judge re: 15 Notice of Appeal. (tp) (Entered: 05/01/2009) |